JOHN J. SMITH, Respondent, *v.* BROWN BROTHERS COMPANY, Appellant.

*Smith* v. *Brown Brothers Co.*, 128 App. Div. 910, appeal dismissed (Submitted October 7, 1909; decided October 26, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 14, 1908, which affirmed an order of Special Term denying a motion for a change of venue.

The following question was certified, viz.: "In determining the defendant's motion to change the place of trial should the court consider the convenience of plaintiff's witnesses residing in Canada?"

*James S. Havens* for appellant.

*Vernon Cole* for respondent.

Appeal dismissed, with costs, upon the ground that the answer to the question certified to us does not necessarily determine as a matter of law whether the order should have been granted or denied; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.